**IN THE UNITED STATES DISTRICT COURT**
**FOR DELAWARE**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>　　　　Defendants. | Civil Action No.: 07-808 |

**DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

　　Pursuant to Fed. R. Civ. P. 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiffs state that AstraZeneca PLC, a publicly-held company, is the ultimate parent company of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals Inc. No other publicly-held corporation owns 10% or more of the stock of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, or IPR Pharmaceuticals Inc.

　　Shionogi Seiyaku Kabushiki Kaisha has no parent corporation. No publicly-held corporation owns 10% or more of the stock of Shionogi Seiyaku Kabushiki Kaisha.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | __/s/ Mary W. Bourke_____ |
|  | Mary W. Bourke (#2356) |
| Dated: December 14, 2007 | Connolly Bove Lodge & Hutz LLP |
|  | 1007 N. Orange Street |
|  | Wilmington, DE 19899 |
|  | Telephone: (302) 658-9141 |
|  | Facsimile: (302) 658-5614 |
|  | mbourke@cblh.com |

*Of Counsel:*

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs,*
*AstraZeneca Pharmaceutical LP, AstraZeneca UK*
*Limited, IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha*

581689