IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC. and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 07-808-UNA ) ) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Par Pharmaceutical, Inc. shall move, answer or otherwise respond to the complaint is extended to and including January 31, 2008.

| | |
|---|---|
| /s/ Mary W. Bourke #2356 | /s/ Steven J. Fineman #4025 |
| Mary W. Bourke (#2356) | Frederick L. Cottrell, III (# 2555) |
| mbourke@cblh.com | Cottrell@rlf.com |
| Connolly, Bove, Lodge & Hutz | Steven J. Fineman (#4025) |
| The Nemours Building | Fineman@rlf.com |
| 1008 North Orange Street | Richards, Layton & Finger P.A. |
| P.O. Box 2207 | One Rodney Square |
| Wilmington, DE 19899 | P.O. Box 551 |
| (302) 658-9141 | Wilmington, DE 19899 |
| Attorneys for Plaintiffs | (302) 651-7700 |
| | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

RLF1-3239260-1