IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., SHINOGI SEIYAKU KABUSHIKI KAISHA,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAR PHARMACEUTICAL INC.,<br><br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-808-JJF-LPS<br>:<br>:<br>:<br>: |

### O R D E R

WHEREAS, the Court has referred this matter to Magistrate Judge Stark pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

January 8, 2008
DATE

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE