## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha, | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 07-805-JJF-LPS |
| Mylan Pharmaceuticals Inc., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha, | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 07-806-JJF-LPS |
| Sun Pharmaceutical Industries Ltd., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha, | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 07-807-JJF-LPS |
| Sandoz Inc., | : | |
| Defendant. | : | |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>              Plaintiffs,<br><br>   v.<br><br>Par Pharmaceutical Inc.,<br><br>              Defendant. | Civ. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>              Plaintiffs,<br><br>   v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>              Defendants. | Civ. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>              Plaintiffs,<br><br>   v.<br><br>Aurobindo Pharma Ltd. and<br>Aurobindo Pharma USA Inc.,<br><br>             Defendants. | Civ. No. 07-810-JJF-LPS |

AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals Inc., and
Shionogi Seiyaku Kabushiki Kaisha,

        Plaintiffs,

v.

Cobalt Pharmaceuticals Inc. and
Cobalt Laboratories Inc.,

        Defendants.

Civ. No. 07-811-JJF-LPS

## ORDER

At Wilmington this 4th day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **February 20th, 2008 at 3:00 pm,** with Magistrate Judge Stark to discuss the status of this action. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                              UNITED STATES MAGISTRATE JUDGE