IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>          Plaintiffs,<br><br>          v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>          Defendant. | Civil Action No.: 07-808-JJF-LPS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall reply, move, or otherwise plead in response to Defendant's Counterclaims is extended to and including March 21, 2008.

*/s/ Mary W. Bourke*_____
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone:  (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com
*Attorneys for Plaintiffs*

*/s/ Frederick L. Cottrell, III*_____
**Frederick L. Cottrell, III (#2555)**
**Steven J. Fineman (#4025)**
RICHARD, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:  302-651-7700
Fax: 302-651-7701
Cottrell@rlf.com
Fineman@rlf.com
*Attorneys for Defendant*

Dated: February 11, 2008

          SO ORDERED this _____day of February, 2008.

                                                              _____
                                                              United States District Judge

590989

## CERTIFICATE OF SERVICE

I, hereby certify on this 11th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Steven J. Fineman**
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Fineman@rlf.com

The undersigned counsel further certifies that, on February 11, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>**Via Email and Hand Delivery:**</u>
**Frederick L. Cottrell, III**
**Steven J. Fineman**
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Cottrell@rlf.com
Fineman@rlf.com

<u>**Via Email and Federal Express:**</u>
**Edgar H. Haug**
**Daniel G. Brown**
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Phone: 212-588-0800
Phone: 212-558-0500
ehaug@flhlaw.com
dbrown@flhlaw.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/s/ Mary W. Bourke_____
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

590989