IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>    Defendant. | Civil Action No.: 07-808-JJF-LPS |

### ENTRY OF APPEARANCE

Please enter the appearance of Thomas A. Stevens, in-house counsel for AstraZeneca Pharmaceuticals LP, on behalf of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.

_____
Thomas A. Stevens, Esq. (#3039)
Sr. Litigation Counsel
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE
302 885 5457 (office)
Thomas.Stevens@astrazeneca.com

Dated: February 12, 2008

591133

## CERTIFICATE OF SERVICE

I, hereby certify on this 12th day of February, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Steven J. Fineman**
RICHARD, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Fineman@rlf.com


The undersigned counsel further certifies that, on February 12, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

**Via Email and Hand Delivery:**
**Frederick L. Cottrell, III**
**Steven J. Fineman**
RICHARD, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Cottrell@rlf.com
Fineman@rlf.com

**Via Email and Federal Express:**
**Edgar H. Haug**
**Daniel G. Brown**
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Phone: 212-588-0800
Phone: 212-558-0500
ehaug@flhlaw.com
dbrown@flhlaw.com


**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

591133