# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:07-cv-00808-JJF-LPS     Document 18     Filed 03/21/2008     Page 1 of 1