IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>     Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>     Defendant. | Civil Action No.: 07-808-JJF-LPS<br><br>**REDACTED VERSION DI 17** |

**PLAINTIFF'S MOTION TO DISMISS
PAR PHARMACEUTICAL, INC.'S COUNTERCLAIM COUNTS IV AND V**

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Of Counsel for Plaintiffs,*
AstraZeneca Pharmaceuticals LP, AstraZeneca
UK Limited, IPR Pharmaceuticals, Inc., and
Shionogi Seiyaku Kabushiki Kaisha

Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com
*Attorneys for Plaintiffs*

601375

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>　　　　Defendant. | Civil Action No.: 07-808-JJF-LPS<br><br>**REDACTED VERSION DI 17** |

**PLAINTIFF'S MOTION TO DISMISS
PAR PHARMACEUTICAL, INC.'S COUNTERCLAIM COUNTS IV AND V**

　　Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively "Plaintiffs") hereby move to dismiss Par Pharmaceutical, Inc.'s Counterclaim Counts IV (Declaration of Noninfringement of the '460 Patent) and V (Declaration of Invalidity of the '460 Patent) for Lack of Subject Matter Jurisdiction under Federal Rule of Civil Procedure 12(b)(1), as set forth fully in Plaintiffs' Opening Brief submitted concurrently herewith. A proposed form of Order is attached hereto as Exhibit A.

　　WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting their Motion To Dismiss.

601375

| | Respectfully Submitted: |
|---|---|
| | /s/ Mary W. Bourke |
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charlie E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| York M. Faulkner | 1007 N. Orange Street |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 | *Attorneys for Plaintiffs* |
| Facsimile: (202) 408-4400 | |

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Of Counsel for Plaintiffs,*
AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha

**REDACTED VERSION: March 28, 2008**
Dated: March 21, 2008

601375

# EXHIBIT A

601375

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>Defendant. | Civil Action No.: 07-808-JJF-LPS<br><br>**REDACTED VERSION DI 17** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Dismiss Par Pharmaceutical, Inc.'s Counterclaim Counts IV and V, it is hereby ORDERED that Plaintiffs' Motion to Dismiss is GRANTED.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

601375

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of March, 2008 I electronically filed the foregoing Redacted Version DI 17 PLAINTIFF'S MOTION TO DISMISS PAR PHARMACEUTICAL, INC.'S COUNTERCLAIM COUNTS IV AND V with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Steven J. Fineman**
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Fineman@rlf.com

The undersigned counsel further certifies that, on March 28, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>Via Email:</u>
**Frederick L. Cottrell, III**
**Steven J. Fineman**
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Cottrell@rlf.com
Fineman@rlf.com

<u>Via Email:</u>
**Edgar H. Haug**
**Daniel G. Brown**
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Phone: 212-588-0800
Phone: 212-558-0500
ehaug@flhlaw.com
dbrown@flhlaw.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: __/s/ Mary W. Bourke__
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

601375