IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP, )
ASTRAZENECA UK LIMITED, IPR )
PHARMACEUTICALS, INC. and )
SHIONOGI SEIYAKU KABUSHIKI )
KAISHA, )
)
      Plaintiffs, )  C.A. No. 07-808-JJF
)
v. )
)
PAR PHARMACEUTICAL, INC., )
)
      Defendant. )

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Par Pharmaceutical, Inc. shall file an answering brief in response to Plaintiff's Motion To Dismiss Par Pharmaceutical, Inc.'s Counterclaim Counts IV and V (D.I. 17) is extended to and including May 7, 2008.

/s/ Mary W. Bourke #2356
Mary W. Bourke (#2356)
mbourke@cblh.com
Connolly, Bove, Lodge & Hutz
The Nemours Building
1008 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Plaintiffs

/s/ Steven J. Fineman #4025
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge

RLF1-3269469-1