IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP, )
ASTRAZENECA UK LIMITED, IPR )
PHARMACEUTICALS, INC. and )
SHIONOGI SEIYAKU KABUSHIKI )
KAISHA, )
                                  )
        Plaintiffs,               )   C.A. No. 07-808-JJF
                                  )
    v.                            )
                                  )
PAR PHARMACEUTICAL, INC.,         )
                                  )
        Defendant.                )

## NOTICE OF SERVICE

TO:

Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Ford F. Farabow, Esquire
Charlie E. Lipsey, Esquire
York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

Henry J. Renk, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

PLEASE TAKE NOTICE that true and correct copies of Defendant Par Pharmaceutical, Inc.'s Initial Disclosures were caused to be served on April 25, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY ELECTRONIC MAIL**
Ford F. Farabow, Esquire
Charlie E. Lipsey, Esquire
York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

**BY ELECTRONIC MAIL**
Henry J. Renk, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

OF COUNSEL:

Edgar H. Haug
EHaug@flhlaw.com
Daniel G. Brown
DBrown@flhlaw.com
Nicholas F. Giove
NGiove@flhlaw.com
Frommer Lawrence & Haug, LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

/s/ 
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys For Defendant Par Pharmaceutical, Inc.

Dated: April 25, 2008

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on April 25, 2008, I have sent by electronic mail, the foregoing document to the following non-registered participants:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Ford F. Farabow, Esquire | Henry J. Renk, Esquire |
| Charlie E. Lipsey, Esquire | Fitzpatrick, Cella, Harper & Scinto |
| York M. Faulkner, Esquire | 30 Rockefeller Plaza |
| Finnegan, Henderson, Farabow, | New York, NY 10112 |
| Garrett & Dunner, L.L.P. | |
| 901 New York Avenue, N.W. | |
| Washington, D.C. 20001 | |

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3258030-1