IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC. and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>Defendant. | C.A. No. 07-808-JJF-LPS |

## VOLUNTARY DISMISSAL OF COUNTERCLAIM
## COUNTS IV AND V WITHOUT PREJUDICE

**WHEREAS**, Par Pharmaceutical, Inc. ("Par") filed counterclaim counts IV and V on January 31, 2008 in the above-captioned action;

**WHEREAS**, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively "AstraZeneca") have not answered or otherwise served a pleading responsive to counterclaim counts IV and V;

**WHEREAS**, AstraZeneca has not filed a motion for summary judgment; and

**WHEREAS**, AstraZeneca has not introduced evidence at a hearing or trial:

In accordance with Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Par hereby voluntarily dismisses counterclaim counts IV and V in the above-captioned action without prejudice.

<div style="float:right">

/s/ *signature*

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys For Defendant Par Pharmaceutical, Inc.

</div>

OF COUNSEL:
Edgar H. Haug
EHaug@flhlaw.com
Daniel G. Brown
DBrown@flhlaw.com
Nicholas F. Giove
NGiove@flhlaw.com
Frommer Lawrence & Haug, LLP
745 Fifth Avenue
New York, New York  10151
(212) 588-0800

Dated: May 6, 2008

2

RLF1-3280514-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on May 6, 2008, I have sent by electronic mail, the foregoing document to the following non-registered participants:

**BY ELECTRONIC MAIL**
Ford F. Farabow, Esquire
Charlie E. Lipsey, Esquire
York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

**BY ELECTRONIC MAIL**
Henry J. Renk, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com