IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC. and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>Defendant. | C.A. No. 07-808-JJF-LPS |

**PAR PHARMACEUTICAL INC.'S OPPOSITION TO PLAINTIFFS'
MOTION TO DISMISS COUNTERCLAIM COUNTS IV AND V**

Plaintiffs' motion to dismiss counterclaim counts IV and V should be denied as moot because Par Pharmaceutical, Inc. ("Par") has now voluntarily dismissed those counts. On January 31, 2008, Par filed counterclaim counts IV and V seeking a declaration of noninfringement and invalidity with respect to U.S. Patent No. 6,316,460. On March 21, 2008, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively "AstraZeneca") filed a motion to dismiss counterclaim counts IV and V.

On May 5, 2008, Par voluntarily dismissed counterclaim counts IV and V pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure. Accordingly, AstraZeneca's motion to dismiss is moot. *See Collins v. Christie*, No. 06-4702, 2007 U.S. Dist. LEXIS 61579 (E.D. Pa. Aug. 22, 2007) (denying defendant's motion to dismiss as moot in light of plaintiff's filing of a Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)).

WHEREFORE, Par respectfully requests that the Court enter an Order denying plaintiffs' Motion to Dismiss. A proposed form of Order is attached hereto as Exhibit A.

|  |  |
|---|---|
| OF COUNSEL: <br> Edgar H. Haug <br> EHaug@flhlaw.com <br> Daniel G. Brown <br> DBrown@flhlaw.com <br> Nicholas F. Giove <br> NGiove@flhlaw.com <br> Frommer Lawrence & Haug, LLP <br> 745 Fifth Avenue <br> New York, New York  10151 <br> (212) 588-0800 | /s/ <br> Frederick L. Cottrell, III (#2555) <br> Cottrell@rlf.com <br> Steven J. Fineman (#4025) <br> Fineman@rlf.com <br> Richards, Layton & Finger P.A. <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> Attorneys For Defendant Par Pharmaceutical, Inc. |

Dated:  May 7, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Mary W. Bourke, Esquire
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on May 7, 2008, I have sent by electronic mail, the foregoing document to the following non-registered participants:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| Ford F. Farabow, Esquire | Henry J. Renk, Esquire |
| Charlie E. Lipsey, Esquire | Fitzpatrick, Cella, Harper & Scinto |
| York M. Faulkner, Esquire | 30 Rockefeller Plaza |
| Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. | New York, NY 10112 |
| 901 New York Avenue, N.W. | |
| Washington, D.C. 20001 | |

/s/ Steven J. Fineman

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3280526-1

# EXHIBIT A

RLF1-3280526-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC. and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>Defendant. | C.A. No. 07-808-JJF-LPS |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Dismiss Par Pharmaceutical, Inc.'s Counterclaim Counts IV and V and Par Pharmaceutical, Inc.'s response thereto, it is hereby ORDERED that Plaintiffs' Motion to Dismiss is DENIED.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

RLF1-3280526-1