IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Par Pharmaceutical, Inc.,<br><br>Defendant. | Civ. No. 07-808-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on June 4, 2008 in the manner indicated:

**Via Email & Hand Delivery:**
Frederick L. Cottrell, III
Steven J. Fineman
**RICHARDS, LAYTON & FINGER P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Cottrell@rlf.com
Fineman@rlf.com

**Via Email & Federal Express:**
Edgar H. Haug
Daniel G. Brown
Nicholas F. Giove
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151
Phone: 212-588-0800
Phone: 212-558-0500
ehaug@flhlaw.com
dbrown@flhlaw.com
ngiove@flhlaw.com

Respectfully Submitted:

_/s/ Mary W. Bourke_

| | |
|---|---|
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 | |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |

Henry J. Renk
FITZPATRICK, CELLA, HARPER &         Thomas A. Stevens (#3039)
SCINTO                                ASTRAZENECA PHARMACEUTICALS LP
30 Rockefeller Plaza                  1800 Concord Pike
New York, NY 10112                    Wilmington, DE 19850-5437
Telephone: (212) 218-2100             (302) 885-5457
Facsimile: (212) 218-2200             (302) 886-8037

*Of Counsel for Plaintiffs*           *Attorney for AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.*

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

    I, hereby certify on the 4th day of June, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

Frederick L. Cottrell, III
Steven J. Fineman
**RICHARDS, LAYTON & FINGER P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Cottrell@rlf.com
Fineman@rlf.com

Edgar H. Haug
Daniel G. Brown
Nicholas F. Giove
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151
Phone: 212-588-0800
Phone: 212-558-0500
ehaug@flhlaw.com
dbrown@flhlaw.com
ngiove@flhlaw.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

615273