## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>      Plaintiffs,<br><br>      v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>      Defendant. | C.A. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>      Plaintiffs,<br><br>      v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>      Defendant. | C.A. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>      Plaintiffs,<br><br>      v.<br><br>Sandoz, Inc.,<br><br>      Defendant. | C.A. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>Par Pharmaceutical, Inc.,<br><br>    Defendant. | C.A. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>    Defendants. | C.A. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>    Defendants. | C.A. No. 07-810-JJF-LPS |

RLF1-3290832-1

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br><br>Plaintiffs,<br><br>v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.<br><br>Defendants. | Civ. No. 07-811-JJF-LPS |

## DEFENDANTS' NOTICE OF SERVICE OF
## FIRST SET OF REQUESTS FOR THE PRODUCTION OF
## DOCUMENTS AND THINGS (NOS. 1-157)

PLEASE TAKE NOTICE that true and correct copies of Defendants' First Set of Requests for the Production of Documents and Things (Nos. 1-157) were caused to be served on June 9, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Mary W. Bourke (#2356)
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

**BY ELECTRONIC MAIL**
Mary Matterer (#2696)
MORRIS JAMES LLP
500 South Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

**BY ELECTRONIC MAIL**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

3

RLF1-3290832-1

**BY ELECTRONIC MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

*Attorneys for Plaintiffs*

**BY ELECTRONIC MAIL**
George H. Seitz, III (#667)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19899
gseitz@svglaw.com

**BY ELECTRONIC MAIL**
Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
mpavane@cplplaw.com
edilello@cplplaw.com
dmogil@cplplaw.com

*Attorneys for Defendant Sandoz, Inc.*

**BY ELECTRONIC MAIL**
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
abrams@abramslaster.com
seaman@abramslaster.com

**BY ELECTRONIC MAIL**
Dane A. Drobny
WINSTON & STRAWN LLP
Chicago, IL 60601-9703
ddrobny@winston.com

**BY ELECTRONIC MAIL**
Charles B. Klein
John K. Hsu
WINSTON & STRAWN LLP
Washington, D.C. 2006-3817
cklein@winston.com
jhsu@winston.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Ltd.*

**BY ELECTRONIC MAIL**
Richard D. Kirk (#0922)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayard.com

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Jeffrey S. Ward
Thomas P. Heneghan
Edward J. Pardon
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Madison, WI 53701-1806
jsward@michaelbest.com
tpheneghan@michaelbest.com
ejpardon@michaelbest.com

*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*

**BY ELECTRONIC MAIL**
Robert B. Breisblatt
Jeremy Daniel
Joanna Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
robert.breisblatt@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Steven A. Maddox
Jeremy J. Edwards
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
smaddox@foley.com

*Attorneys for Defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.*

Of Counsel:
Edgar H. Haug
Daniel G. Brown
Nicholas F. Giove
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Dated: June 9, 2008

   /s/ Steven J. Fineman #4025
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Defendant Par Pharmaceutical, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and I also certify that on June 9, 2008, I caused to be served true and correct copies of the foregoing on the following counsel in the manner indicated:

**BY HAND DELIVERY**
Mary W. Bourke (#2356)
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

**BY ELECTRONIC MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

**BY ELECTRONIC MAIL**
Mary Matterer (#2696)
MORRIS JAMES LLP
500 South Delaware Avenue,
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

**BY ELECTRONIC MAIL**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com

**BY ELECTRONIC MAIL**
George H. Seitz, III (#667)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19899
gseitz@svglaw.com

**BY ELECTRONIC MAIL**
Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
mpavane@cplplaw.com
edilello@cplplaw.com
dmogil@cplplaw.com

**BY ELECTRONIC MAIL**
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
abrams@abramslaster.com
seaman@abramslaster.com

**BY ELECTRONIC MAIL**
Dane A. Drobny
WINSTON & STRAWN LLP
Chicago, IL 60601-9703
ddrobny@winston.com

**BY ELECTRONIC MAIL**
Charles B. Klein
John K. Hsu
WINSTON & STRAWN LLP
Washington, D.C. 2006-3817
cklein@winston.com
jhsu@winston.com

**BY ELECTRONIC MAIL**
Richard D. Kirk (#0922)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayard.com

**BY ELECTRONIC MAIL**
Jeffrey S. Ward
Thomas P. Heneghan
Edward J. Pardon
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Madison, WI 53701-1806
jsward@michaelbest.com
tpheneghan@michaelbest.com
ejpardon@michaelbest.com

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Robert B. Breisblatt
Jeremy Daniel
Joanna Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
robert.breisblatt@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Steven A. Maddox
Jeremy J. Edwards
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
smaddox@foley.com
jjedwards@foley.com

/s/ Steven J. Fineman (#4025)
Steven J. Fineman #4025
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

3