# BAYARD

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE • 19899
Zip Code For Deliveries 19801

ELECTRONCIALLY SUBMITTED
FILED IN ALL CAPTIONED CASES

(302) 429-4208
rkirk@bayardfirm.com

June 25, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court for the Court of Delaware
844 N. King Street
Lockbox 26
Wilmington, DE 19801

RE: AstraZeneca Pharmaceuticals, LP v.

| | |
|---|---|
| Mylan Pharmaceuticals, Inc. | C.A. No. 07-805-JJF-LPS |
| Sun Pharmaceutical Industries, Ltd. | C.A. No. 07-806-JJF-LPS |
| Sandoz, Inc. | C.A. No. 07-807-JJF-LPS |
| Par Pharmaceutical, Inc. | C.A. No. 07-808-JJF-LPS |
| Apotex, Inc. | C.A. No. 07-809-JJF-LPS |
| Aurobindo Pharma, Ltd. | C.A. No. 07-810-JJF-LPS |
| Cobalt Pharmaceutical, Inc. | C.A. No. 07-811-JJF-LPS |

Dear Judge Stark:

I represent the Aurobindo defendants in C.A. No. 07-810-JJF-LPS. By orders dated June 6, 2008, Your Honor scheduled a hearing on various motions in these cases (including one of Aurobindo's) for Thursday, July 3, 2008 at 10:00 a.m.

My co-counsel in 07-810 will be traveling from and to Madison, WI for the hearing. Presumably other counsel will also be traveling in and out. Because next Thursday is the start of a three day holiday weekend, we are concerned about travel conditions that afternoon. On my co-counsel's behalf, I respectfully request the Court to consider changing the hearing date.

I have consulted with all counsel in these cases. No counsel objects to my request. In addition, I have surveyed counsel's availability in the near term after next week. It appears that all counsel are available on Thursday, July 24, should that be a convenient time for the Court.





The Honorable Leonard P. Stark
June 25, 2008
Page 2

If the Court has any questions, counsel would be pleased to respond.

Respectfully submitted,

Richard D. Kirk (rk0922)

:rdk
cc:  counsel served electronically

{BAY:01043231v1} 672479-1