## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.<br><br>Defendant. | Civil Action No.: 07-808-JJF-LPS |

### STIPULATION AND ORDER DISMISSING DEFENDANT'S COUNTERCLAIM NOS. 4-5 AND PRAYER FOR RELIEF RELATING TO U.S. PATENT NO. 6,316,460

IT IS HEREBY STIPULATED AND AGREED by and between all Plaintiffs, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Ltd., IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha, and Defendant Par Pharmaceutical, Inc., through their undersigned counsel and subject to approval of the Court, that Defendant's Counterclaim Counts IV and V and Prayer for Relief relating to U.S. Patent No. 6,316,460 in Answer and Counterclaims of Defendant Par Pharmaceutical, Inc. (D.I. 11) are hereby dismissed without prejudice under Fed. R. Civ. P. 41(a). Any previous voluntary dismissals or motions to dismiss are of no effect and superseded in their entirety by this stipulation.

RLF1-3298625-1

| | |
|---|---|
| /s/ Mary W. Bourke | /s/ Steven J. Fineman |
| Mary W. Bourke (#2356) | Frederick L. Cottrell, III (#2555) |
| CONNOLLY BOVE LODGE & HUTZ LLP | Cottrell@rlf.com |
| 1007 N. Orange Street | Steven J. Fineman (#4025) |
| Wilmington, DE 19899 | Fineman@rlf.com |
| (302) 658-9141 | Richards, Layton, & Finger P.A. |
| (302) 658-5614 | One Rodney Square |
| *Attorneys for Plaintiffs* | P.O. Box 551 |
| | Wilmington, DE 19899 |
| Dated: July 1, 2008 | (302) 651-7700 |
| | (302) 651-7701 |
| | *Attorneys for Defendant* |
| | |
| | Dated: July 1, 2008 |

SO ORDERED this ___8___ day of July, 2008.

_____
HON. Joseph J. Farnan, Jr.
United States District Judge