IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>    Defendant. | C.A. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>    Defendant. | C.A. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sandoz, Inc.,<br><br>    Defendant. | C.A. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>  Plaintiffs,<br><br><br>Par Pharmaceutical, Inc.,<br><br>  Defendant. | C.A. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>  Plaintiffs,<br><br>  v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>  Defendants. | C.A. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>  Plaintiffs,<br><br>  v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>  Defendants. | C.A. No. 07-810-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br><br>    Plaintiffs,<br><br>    v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.<br><br>    Defendants. | Civ. No. 07-811-JJF-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Defendant Par Pharmaceutical, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for the Production of Documents and Things (Nos. 1-39) were caused to be served on August 13, 2008 on counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**
Mary W. Bourke (#2356)
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

**BY ELECTRONIC MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com
*Attorneys for Plaintiffs*

**BY ELECTRONIC MAIL**
Mary Matterer (#2696)
MORRIS JAMES LLP
500 South Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

**BY ELECTRONIC MAIL**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

3

**BY ELECTRONIC MAIL**
George H. Seitz, III (#667)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19899
gseitz@svglaw.com

**BY ELECTRONIC MAIL**
Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
mpavane@cplplaw.com
edilello@cplplaw.com
dmogil@cplplaw.com
*Attorneys for Defendant Sandoz, Inc.*

**BY ELECTRONIC MAIL**
Richard D. Kirk (#0922)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayard.com

**BY ELECTRONIC MAIL**
Jeffrey S. Ward
Thomas P. Heneghan
Edward J. Pardon
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Madison, WI 53701-1806
jsward@michaelbest.com
tpheneghan@michaelbest.com
ejpardon@michaelbest.com
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*

**BY ELECTRONIC MAIL**
Kevin G. Abrams (#2375)
John M. Seaman (3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
abrams@abramslaster.com
seaman@abramslaster.com

**BY ELECTRONIC MAIL**
Dane A. Drobny
WINSTON & STRAWN LLP
Chicago, IL 60601-9703
ddrobny@winston.com

**BY ELECTRONIC MAIL**
Charles B. Klein
John K. Hsu
WINSTON & STRAWN LLP
Washington, D.C. 2006-3817
cklein@winston.com
jhsu@winston.com
*Attorneys for Defendant Sun Pharmaceutical Industries, Ltd.*

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Robert B. Breisblatt
Jeremy Daniel
Joanna Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
robert.breisblatt@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

4

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Steven A. Maddox
Jeremy J. Edwards
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
smaddox@foley.com

*Attorneys for Defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.*

OF COUNSEL:
Daniel G. Brown
F.T. Alexandra Mahoney
Dutch D. Chung
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas
40th Floor
New York, New York 10019
(212) 999-5800

/s/ Steven J. Fineman (#4025)
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys For Defendant Par Pharmaceutical, Inc.

Dated: August 13, 2008

5

RLF1-3258030-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and I also certify that on August 13, 2008, I caused to be served true and correct copies of the foregoing on the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**
Mary W. Bourke (#2356)
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

**BY ELECTRONIC MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

**BY ELECTRONIC MAIL**
Mary Matterer (#2696)
MORRIS JAMES LLP
500 South Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

**BY ELECTRONIC MAIL**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com

**BY ELECTRONIC MAIL**
George H. Seitz, III (#667)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19899
gseitz@svglaw.com

**BY ELECTRONIC MAIL**
Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
mpavane@cplplaw.com
edilello@cplplaw.com
dmogil@cplplaw.com

**BY ELECTRONIC MAIL**
Richard D. Kirk (#0922)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayard.com

**BY ELECTRONIC MAIL**
Jeffrey S. Ward
Thomas P. Heneghan
Edward J. Pardon
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Madison, WI 53701-1806
jsward@michaelbest.com
tpheneghan@michaelbest.com
ejpardon@michaelbest.com

**BY ELECTRONIC MAIL**
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
abrams@abramslaster.com
seaman@abramslaster.com

**BY ELECTRONIC MAIL**
Dane A. Drobny
WINSTON & STRAWN LLP
Chicago, IL 60601-9703
ddrobny@winston.com

**BY ELECTRONIC MAIL**
Charles B. Klein
John K. Hsu
WINSTON & STRAWN LLP
Washington, D.C. 2006-3817
cklein@winston.com
jhsu@winston.com

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Robert B. Breisblatt
Jeremy Daniel
Joanna Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
robert.breisblatt@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com

**BY ELECTRONIC MAIL**
Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY ELECTRONIC MAIL**
Steven A. Maddox
Jeremy J. Edwards
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
smaddox@foley.com
jjedwards@foley.com

/s/ Steven J. Fineman (#4025)
Steven J. Fineman #4025
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

3