# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>    Defendant. | C.A. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>    Defendant. | C.A. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sandoz, Inc.,<br><br>    Defendant. | C.A. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br><br>Par Pharmaceutical, Inc.,<br><br>    Defendant. | C.A. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>    Defendants. | C.A. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>    Defendants. | C.A. No. 07-810-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br><br>Plaintiffs,<br><br>v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.<br><br>Defendants. | C.A. No. 07-811-JJF-LPS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of F.T. Alexandra Mahaney of Wilson Sonsini Goodrich & Rosati PC, 12235 El Camino Real, Suite 200, San Diego, California 92130, to represent Defendant Par Pharmaceutical, Inc. in this matter.

|  |  |
|---|---|
| | */s/ Steven J. Fineman*<br>Frederick L. Cottrell, III (# 2555)<br>Cottrell@rlf.com<br>Steven J. Fineman (#4025<br>Fineman@rlf.com<br>Richards, Layton & Finger P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700 |
| Dated: August 20, 2008 | Attorneys for Defendant Par Pharmaceutical, Inc. |

3

RLF1-3308116-1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

F.T. Alexandra Mahaney
Wilson Sonsini Goodrich & Rosati, PC
12235 El Camino Real
Suite 200
San Diego, California 92130
858-350-2300

Dated: August 1, 2008

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and I also certify that on August 20, 2008, I caused to be served true and correct copies of the foregoing on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**
Mary W. Bourke (#2356)
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

**BY ELECTRONIC MAIL**
Mary Matterer (#2696)
Morris James LLP
500 South Delaware Avenue,
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**BY ELECTRONIC MAIL**
Steven A. Maddox
Jeremy J. Edwards
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007

**BY ELECTRONIC MAIL**
Steven A. Maddox
Jeremy J. Edwards
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

**BY ELECTRONIC MAIL**
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

**BY ELECTRONIC MAIL**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610

**BY ELECTRONIC MAIL**
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
Abrams & Laster LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

RLF1-3308116-1

**BY ELECTRONIC MAIL**
Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
Cohen Pontani Lieberman & Pavane LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176

**BY ELECTRONIC MAIL**
Richard D. Kirk (#0922)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

**BY ELECTRONIC MAIL**
Jeffrey S. Ward
Thomas P. Heneghan
Edward J. Pardon
Michael Best & Friedrich LLP
One South Pinckney Street
Madison, WI 53701-1806

**BY ELECTRONIC MAIL**
Dane A. Drobny
Winston & Strawn LLP
Chicago, IL 60601-9703

**BY ELECTRONIC MAIL**
Charles B. Klein
John K. Hsu
Winston & Strawn LLP
Washington, D.C. 2006-3817

**BY ELECTRONIC MAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Robert B. Breisblatt
Jeremy Daniel
Joanna Stevason
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693

**BY ELECTRONIC MAIL**
Steven A. Maddox
Jeremy J. Edwards
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007

　　　　　　　　　　　　　　　　*/s/ Steven J. Fineman*
　　　　　　　　　　　　　　　　Steven J. Fineman #4025
　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　P.O. Box 551
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　Fineman@rlf.com

2

RLF1-3308116-1