IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>    Defendant. | C. A. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha<br><br>    Plaintiffs,<br><br>    v.<br><br>Sun Pharmaceutical Industries, Ltd.<br><br>    Defendant. | C. A. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha<br><br>    Plaintiffs,<br><br>    v.<br><br>Sandoz Inc.<br><br>    Defendant. | C. A. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br>    Plaintiffs,<br><br>v.<br><br>Par Pharmaceutical, Inc.<br><br>    Defendant. | C. A. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br>    Plaintiffs,<br><br>v.<br><br>Apotex Inc. and Apotex Corp.,<br>    Defendants. | C. A. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br>    Plaintiffs,<br><br>v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.<br>    Defendants. | C. A. No. 07-810-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.<br><br>　　　　Defendants. | C. A. No. 07-811-JJF-LPS |

## UNOPPOSED MOTION TO POSTPONE TUTORIAL

Defendant Mylan Pharmaceuticals Inc. (defendant in C. A. No. 07-805-JJF-LPS) joined by all other defendants in the other above-captioned matters[1] respectfully requests that this Court modify Paragraph 17 of the April 11, 2008 Scheduling Order, (D.I. #25 in C.A. No. 07-805 JJF LPS; D.I. #32 in C. A. No. 07-806; D.I. #27 in C. A. No. 07-807; D.I. #25 in C. A. No. 07-808; D.I. #36 in C. A. No. 07-809; D.I. #37 in C. A. No. 07-810; D.I. #35 in C. A. No. 07-811)("the Order") by postponing the Tutorial. In support of this motion, Defendants state as follows:

1. The Tutorial in this matter is currently scheduled for October 8, 2008.

2. The hearing for claim construction is scheduled for March 10, 2009.

3. It is requested that the Court reschedule the Tutorial to a time convenient to the

---

[1] Defendants joining in this motion include: Sun Pharmaceutical Industries, Ltd.(C. A. No. 07-806-JJF-LPS), Sandoz Inc. (C. A. No. 07-807-JJF-LPS), Par Pharmaceutical, Inc. (C. A. No. 07-808-JJF-LPS), Apotex Inc. and Apotex Corp. (C. A. No. 07-809-JJF-LPS), Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc. (C. A. No. 07-810-JJF-LPS), Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc. (C. A. No. 07-811-JJF-LPS)

3

Court after February 24, 2009, the date the answering claim construction briefs will be filed, and before March 10, 2009, the date of the claim construction hearing. This additional time will allow the parties to take discovery and make a better determination of the material facts to include in the Tutorial. It may also be convenient for the Court to hear the Tutorial closer to the time claim construction is considered.

4. Plaintiffs have indicated that they do not oppose this motion.

Dated: September 2, 2008

/s/ Mary B. Matterer
Mary B. Matterer/#2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
mmatterer@morrisjames.com

*Attorneys for Defendant/Counterclaim-Plaintiff Mylan Pharmaceuticals Inc.*

OF COUNSEL:
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

4