IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>    Defendant. | C. A. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha<br><br>    Plaintiffs,<br><br>    v.<br><br>Sun Pharmaceutical Industries, Ltd.<br><br>    Defendant. | C. A. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha<br><br>    Plaintiffs,<br><br>    v.<br><br>Sandoz Inc.<br><br>    Defendant. | C. A. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br><br>Par Pharmaceutical, Inc.<br>　　　Defendant. | C. A. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>Apotex Inc. and Apotex Corp.,<br>　　　Defendants. | C. A. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.<br>　　　Defendants. | C. A. No. 07-810-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br><br>Plaintiffs,<br><br>v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.<br><br>Defendants. | C. A. No. 07-811-JJF-LPS |

## ORDER

**WHEREAS** the Court, having considered the Unopposed Motion to Postpone Tutorial, there being no objection thereto,

**IT IS HEREBY ORDERED** this _____ day of September, 2008 that the Unopposed Motion to Postpone Tutorial is GRANTED, and that Paragraph 17 of the April 11, 2008 Scheduling Order is modified to change the date and time of the Tutorial to _____, 2009, beginning at _____ o'clock. All other provisions of the April 11, 2008 Scheduling Order remain unchanged.

_____
Leonard P. Stark, Magistrate Judge